## Ellis, Appellant, *v*. Ellis.

Argued November 27, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

600

*Henry T. Reath,* with him *David C. Toomey,* and *Duane, Morris & Heckscher,* for appellants.

*Herbert A. Fogel,* with him *David F. Maxwell,* and *Obermayer, Rebmann, Maxwell & Hippel,* for appellee.

OPINION BY CURIAM, March 15, 1968:
Order affirmed. Each party to bear own costs.